**KURT BONDS, ESQ.**
Nevada Bar No. 6228
**TREVOR WAITE, ESQ.**
Nevada Bar No. 13779
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy
Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

-*-

| | |
|---|---|
| KATHRYN KNOBEL,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, INNOVIS DATA SOLUTIONS, INC., TRANS UNION LLC, and WELLS FARGO HOME MORTGAGE,<br><br>Defendants. | Case No. 2:19-cv-01101-JCM-VCF<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Kathryn Knobel ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On June 25, 2019, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is July 18, 2019. The allegations in Plaintiff's Complaint date back to March 2018. Trans Union requires additional time to locate and assemble the documents relating to Plaintiff's allegations, any disputes Plaintiff submitted to Trans Union and Trans Union's investigation of any such disputes. Further, Trans Union's counsel will need

KB/26286

additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including August 8, 2019. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 8th day of July, 2019

| ALVERSON TAYLOR & SANDERS | KNEPPER & CLARK |
|---|---|
| //S// Trevor R. Waite | //S// Miles N. Clark |
| **KURT BONDS.ESQ.** | Matthew I. Knepper |
| Nevada Bar No. 6228 | Miles N. Clark |
| **TREVOR WAITE, ESQ.** | 5510 So. Fort Apache Road, Suite 30 |
| Nevada Bar No. 13779 | Las Vegas, NV 89148 |
| 6605 Grand Montecito Pkwy | Telephone: (702) 856-7430 |
| Suite 200 | Facsimile: (702) 447-8048 |
| Las Vegas, NV 89149 | matthew.knepper@knepperclark.com |
| Telephone: (702) 384-7000 | miles.clark@knepperclark.com |
| efile@alversontaylor.com | and |
| kbonds@alversontaylor.com | David H. Krieger |
| twaite@alversontaylor.com | Haines & Krieger, LLC |
| ***Counsel for Trans Union LLC*** | 8985 S. Eastern Avenue, Suite 350 |
| | Henderson, NV 89123 |
| | Telephone: (702) 880-5554 |
| | Facsimile: (702) 383-5518 |
| | dkrieger@hainesandkrieger.com |
| | Counsel for Plaintiff |

## ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this 9th day of July 2019.

_____
**UNITED STATES MAGISTRATE JUDGE**

2

KB/26286