Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KATHRYN KNOBEL,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; INNOVIS DATA SOLUTIONS, INC.; TRANS UNION LLC; and WELLS FARGO HOME MORTGAGE,<br><br>Defendants. | Case No.: 2:19-cv-01101-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

Plaintiff Kathryn Knobel ("Plaintiff"), by and through her counsel of record, and Defendant Trans Union LLC ("Trans Union") have agreed and stipulated to the following:

1. On June 25, 2019, Plaintiff filed a Complaint [ECF Dkt. 1].

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 1

2. On August 21, 2019, Trans Union filed a Motion to Dismiss the Complaint [ECF Dkt.23].

3. Plaintiff's Response is due September 4, 2019.

4. Plaintiff and Trans Union have agreed to extend Plaintiff's response fourteen days in order to allow counsel to continue settlement negotiations. As a result, both Plaintiff and Trans Union hereby request this Court to further extend the date for Plaintiff to respond to Trans Union's Motion to Dismiss Complaint until **September 18, 2019**. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.

Dated September 3, 2019.

| | |
|---|---|
| **KNEPPER & CLARK LLC** | **SNELL & WILMER** |
| /s/ *Miles N. Clark* | /s/ *Kiah D. Beverly-Graham* |
| Matthew I. Knepper, Esq. | Kelly H. Dove, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 10569 |
| Miles N. Clark, Esq. | 3883 Howard Hughes Parkway |
| Nevada Bar No. 13848 | Las Vegas, NV 89169 |
| 5510 So. Fort Apache Rd, Suite 30 | Email: kdove@swlaw.com |
| Las Vegas, NV 89148 | |
| Email: matthew.knepper@knepperclark.com | Kiah D. Beverly-Graham, Esq. |
| Email: miles.clark@knepperclark.com | Nevada Bar No. 11916 |
| | 50 West Liberty Street, Suite 510 |
| **HAINES & KRIEGER LLC** | Reno, NV 89501 |
| David H. Krieger, Esq. | Email: kbeverly@swlaw.com |
| Nevada Bar No. 9086 | |
| 8985 S. Eastern Avenue, Suite 350 | *Counsel for Defendant* |
| Las Vegas, NV 89123 | *Wells Fargo Bank, N.A., sued as Wells Fargo* |
| Email: dkrieger@hainesandkrieger.com | *Home Mortgage* |
| | |
| *Counsel for Plaintiff* | |

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 2

| | |
|---|---|
| **CLARK HILL PLLC** | **ALVERSON TAYLOR & SANDERS** |
| /s/ *Jeremy J. Thompson* | /s/ *Trevor Waite* |
| Jeremy J. Thompson, Esq. | Kurt R. Bonds, Esq. |
| Nevada Bar No. 12503 | Nevada Bar No. 6228 |
| 3800 Howard Hughes Parkway, Suite 500 | Trevor Waite, Esq. |
| Las Vegas, NV 89169 | Nevada Bar No. 13779 |
| Email: jthompson@clarkhill.com | 6605 Grand Montecito Parkway, Suite 200 |
| | Las Vegas, NV 89149 |
| *Counsel for Defendant* | Email: kbonds@alversontaylor.com |
| *Equifax Information Services LLC* | Email: twaite@alversontaylor.com |
| | *Counsel for Defendant* |
| | *Trans Union LLC* |

Knobel v. Equifax Information Services, LLC et al
2:19-cv-01101-JCM-VCF

## ORDER GRANTING
## STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO
## MOTION TO DISMISS

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: September 4, 2019

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 3